JANE WELSH AND EMMA SKINNER, RESPONDENTS, *v.* FERGUS COCHRAN AND OTHERS, APPELLANTS.

*Married woman — property purchased by — when protected by court of equity.*

Property purchased by a married woman, with money which she had in England prior to her marriage, will be protected, by a court of equity, from her husband, and be used for her support.

When the wife uses such money in the purchase of property, her husband making no objection thereto, and takes the title thereto in her own name, she acquires a legal title, which her husband's creditors cannot gainsay or question.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial.

*A. C. & M. H. Ellis*, for the appellants.

*Oscar Frisbie*, for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment and order denying new trial affirmed, with costs.

---

MARY C. PORTER, *v.* WILLIAM M. PARKS AND BENJAMIN G. SMITH.

*Case — power of General Term to correct.*

"I know of no practice which will justify this court, at General Term, in correcting the case as settled, on a motion."

MOTION to correct case, by inserting the specific objection proposed to the admission of certain evidence. The opinion of the General Term in this case is reported *ante*, at page 654.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Motion denied without costs.